

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>DANNY OCHOA-FIGUEROA,<br>  aka Daniel Ochoa Figueroa,<br><br>                Defendant. | Case No.: 24-cr-00243-AJB<br><br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C.,<br>Secs. 751(a) and 4082(a) –<br>Escape from Federal Custody<br>(Felony) |

The United States Attorney charges:

On or about December 24, 2023, within the Southern District of California, defendant DANNY OCHOA FIGUEROA, aka Daniel Ochoa Figueroa, did escape from an institution and facility in which he was confined by direction of the Attorney General, and his/her authorized representative, by willfully failing to remain within the extended limits of his confinement in that he failed to return to the Working Alternatives Residential Re-Entry Center, at 718 "E" Street, Brawley, California, after an authorized temporary release, said custody and confinement being by virtue of a felony conviction for Importation of Methamphetamine, in violation of Title 21, United States Code, Section 952 and 960; all in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

DATED: 2/2/2024

                                        TARA K. McGRATH<br>                                        United States Attorney

*Amy L. Brammell*

AMY L. BRAMMELL
Assistant U.S. Attorney

ALBR:kot:2/2/2024